FREDERICA SOBERS, Respondent, v. FREDERICK SOBERS, Appellant.— Orders modified by reducing alimony to be paid to plaintiff for her support and maintenance to the sum of ten dollars per week and counsel fees to the sum of seventy-five

dollars, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.